## DAVID PRESTON v. FITZWILLIAM H. CHAMBERS, WAYNE CIRCUIT JUDGE.

*Justice's Courts—Fees—Dismissal of appeals.*

Act 148 of 1883 requires one who takes an appeal from a justice to pay, on taking it, the fee due to the clerk of the appellate court. *Held*, in a case in which this was not done at that time, but where the fee was paid when the justice's return was made, that the appellate court had discretion to refuse to dismiss the case for non-compliance with the statute.

Motion for order to show cause. Submitted and denied June 24.

Relator recovered a judgment before a justice, and on the fifth day thereafter an affidavit and bond for appeal were filed, and the justice was paid his costs and the fee for making return. He was not however paid the fee of three dollars to be paid by him to the clerk of the appellate court on making his return, as prescribed by Act 148 of 1883. He made his return over two months later, and the appellant's attorney then paid the clerk's fee himself. A motion to dismiss the appeal for non-compliance with the statute in this respect was denied, and mandamus is now asked to compel its dismissal.

*Corliss & Andrus* and *H. A. Chaney* for the motion.

THE COURT denied the motion, saying that they were of opinion that the court below had discretion to do what was done.